UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Joshua Thorne
                Plaintiff,

v.                                             Case No.: 1:16–cv–04603
                                            Honorable John Z. Lee

Donald J. Trump For President, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 16, 2016:

      MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 6/16/16. Plaintiff's motion to consolidate cases and appoint interim class counsel [19] is granted in part. The request for consolidation is granted; the request to appoint interim class counsel is denied without prejudice. Case number 16–cv–4676 is consolidated for all purposes with case 16–cv–4603. All future filings should be filed in the lowered numbered case 16–cv–4603. Plaintiff's consolidate complaint shall be due by 7/8/16. Defendant's second unopposed motion for extension of time to answer or otherwise respond to plaintiff's complaint [21] is granted. Defendant's answer or responsive pleading is due by 7/29/16. The status hearing set for 6/23/16 is reset to 8/10/16 at 9:00 a.m. The initial status report is due by 8/5/16. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.