IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSHUA THORNE and DAVID ROBERTS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP FOR PRESIDENT, INC., a principal campaign committee, <br><br> Defendant. | Case No. 16-cv-4603 <br><br> Hon. John Z. Lee |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME Joshua Thorne and David Roberts, by and through their respective attorneys, and pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), hereby voluntarily dismiss all of their claims against Donald J. Trump for President, Inc. with prejudice. This dismissal disposes of the entire action.

Dated: January 11, 2017

By: */s/ Joseph J. Siprut*

Joseph J. Siprut
*jsiprut@siprut.com*
Richard L. Miller II
*rmiller@siprut.com*
Ke Liu
*kliu@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, IL 60602
Tel: 312.236.0000
Fax: 312.878.1342

Respectfully submitted,

By: */s/ Phillip A. Bock*

Phillip A. Bock
*phil@classlawyers.com*
Tod A. Lewis
*tod@classlawyers.com*
David Max Oppenheim
*david@classlawyers.com*
**BOCK, HATCH, LEWIS & OPPENHEIM, LLC**
134 N. La Salle Street
Suite 1000
Chicago, IL 60602
Tel: 312.658.5500
Fax: 312.658.5555

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice Of Voluntary Dismissal** was filed on January 11, 2017, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.



*/s/ Joseph J. Siprut*